IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TAYLOR,<br>      Petitioner, | )<br>)<br>) |
| vs. | )   Civil Action No. 05-416<br>)   Judge Schwab/ |
| JEFFREY BEARD, et al.,<br>      Respondents. | )   Magistrate Judge Hay<br>) |

AND NOW, this 16th day of February, 200_, after the petitioner, John Taylor, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, upon consideration of the objections filed by petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS ORDERED that the Petition for Writ of Habeas Corpus is denied as untimely;

      IT IS FURTHER ORDERED that a certificate of appealability is denied;

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                 ARTHUR J. SCHWAB
                                                 United States District Judge

cc:    Honorable Amy Reynolds Hay
        United States Magistrate Judge

John L. Taylor
BX9577
SCI Graterford
P.O. Box 244
Graterford, PA 19426-0244

Ronald M. Wabby, Jr.
Assistant District Attorney
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TAYLOR,<br>   Petitioner,<br><br>vs.<br><br>JEFFREY BEARD, et al.,<br>   Respondents. | )<br>)<br>)<br>) Civil Action No. 05-416<br>) Judge Schwab/<br>) Magistrate Judge Hay<br>) |

ORDER

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

                /s/ Arthur J. Schwab
                ARTHUR J. SCHWAB  2/16/06
                United States District Judge

cc: Honorable Amy Reynolds Hay
   United States Magistrate Judge

   John L. Taylor
   BX9577
   SCI Graterford
   P.O. Box 244
   Graterford, PA 19426-0244

   Ronald M. Wabby, Jr.
   Assistant District Attorney
   Office of the District Attorney
   401 Allegheny County Courthouse
   Pittsburgh, PA 15219